# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **CY MIGUES, ET AL.** | **CIVIL ACTION NO. 17-777** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **PROTECTIVE INSURANCE CO., ET AL.** | **MAG. JUDGE PATRICK J. HANNA** |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 17], and after a *de novo* review of the entire record, including Defendant's objections, and concurring with the Magistrate Judge's findings under applicable law,

IT IS ORDERED that Plaintiffs' "Motion for Leave of Court to File First Supplemental and Amending Complaint" [Doc. No. 6] is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this proceeding is REMANDED to the 15th Judicial District Court, Lafayette Parish, Louisiana, for further proceedings.

IT IS FURTHER ORDERED that the Clerk of Court certify a copy of this Judgment and forward the certified copy to the Clerk of the 15th Judicial District Court, Lafayette Parish, Louisiana.

MONROE, LOUISIANA, this 31st day of October, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE